# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-655-GCM

JOSAPHYNE D. DINKINS,

    Plaintiffs,

v.

HOME DEPOT U.S.A. INC., et al,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Regina S. Molden,** filed December 31, 2018 (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Molden is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Josaphyne D. Dinkins.

**IT IS SO ORDERED.**

Signed: January 2, 2019

Graham C. Mullen
United States District Judge