# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-655-GCM

| | |
|---|---|
| JOSAPHYNE D. DINKINS and<br>EDWARD MILLER<br><br>**Plaintiffs,**<br><br>v.<br><br>HOME DEPOT USA, INC. and<br>PATRICK PHELPS,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **William L. Duda,** filed January 24, 2019 (Doc. No. 15).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Duda is admitted to appear before this court *pro hac vice* on behalf of Defendants, Home Depot, USA, Inc. and Patrick Phelps.

**IT IS SO ORDERED.**

Signed: January 30, 2019

Graham C. Mullen
United States District Judge